February 9, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

REBECCA MAXWELL, M.D., Appellant

NO. 14-11-00392-CV                    V.

DONNA T. MARTIN, INDIVIDUALLY AND AS INDEPENDENT
ADMINISTRATRIX OF THE ESTATE OF DAVID R. MARTIN, SR.
AND AS NEXT FRIEND OF DEVIN T. MARTIN
AS SURVIVOR OF DAVID R. MARTIN, SR., Appellee

_____

This cause, an appeal from the "ORDER DENYING DEFENDANT DR. REBECCA MAXWELL'S MOTION CHALLENGING THE SUFFICIENCY OF PLAINTIFFS' AMENDED EXPERT REPORT," signed April 27, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**.

We order appellant, Rebecca Maxwell, M.D., to pay all costs incurred in this appeal. We further order this decision certified below for observance.